**EXHIBIT A**

## CONSENT TO SUE
## *CONSENTIMIENTO PARA DEMANDAR*

I hereby give my consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 USC § 201 *et seq.*, and the Texas Minimum Wage Act, Tex. Lab. Code 62.001 *et seq.*, to secure any unpaid minimum wages or overtime pay, liquidated damages, costs, attorneys' fees and other relief arising out of my employment with Hartley Produce, LLC; B & H Farms, LLC; Kenneth Hartley; and Kevin Hartley.

*Por la presente yo doy mi consentimiento de ser un demandante en una acción bajo de la Ley de Normas Justas de Trabajo, 29 USC § 201 et seq., y la Ley de Salario Mínimo de Texas, Tex. Lab. Code 62.001 et seq., para asegurar cualquier sueldo no pagado por tiempo extra o salario mínimo, daños adicionales fijos, costos, honorarios de abogados, y otro alivio que surja de mi empleo con Hartley Produce, LLC; B & H Farms, LLC; Kenneth Hartley; y Kevin Hartley.*

I authorize Texas RioGrande Legal Aid, Inc. to represent me in such action.

*Autorizo a Texas RioGrande Legal Aid, Inc. a representarme en tal acción.*

Printed name (*nombre en molde*): Javier Segovia Mendiola

Date (*fecha*): 11-4-2022

Signature (*firma*): Javier-Segovia