**EXHIBIT B**

# VERIFICATION

STATE OF TEXAS §

HIDALGO COUNTY §

Before me, the undersigned notary, on this day personally appeared Javier Segovia Mendiola, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Javier Segovia Mendiola. I am capable of making this verification. I have read Plaintiff's Complaint. The facts stated in it relating to my employment with Defendants are within my personal knowledge and are true and correct."

x *Javier Segovia*
Javier Segovia Mendiola

Sworn to and subscribed before me by Javier Segovia Mendiola on November 4, 2022.

_____
Notary Public in and for the State of Texas

My commission expires: 9/22/24

## TRANSLATOR'S CERTIFICATE

I certify that I am fluent in English and Spanish, that I translated this document to the Plaintiff in Spanish, and that the Plaintiff indicated that the Plaintiff clearly understood its contents and significance.

Translator's signature: _____  Date: 11/4/2022

Translator's name: PAULA GARZA

Sworn to and subscribed before me by Paola Garza on November 4, 2022.

_____
Notary Public in and for the State of Texas

My commission expires: _____