IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JAVIER SEGOVIA MENDIOLA | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 7:22-cv-00401 |
| | § | |
| v. | § | |
| | § | |
| KENNETH P. HARTLEY and KEVIN P. HARTLEY, HARTLEY PRODUCE, LLC, and B & H FARMS, LLC | § | DEMAND FOR JURY TRIAL |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

Plaintiffs hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. Javier Segovia Mendiola
   c/o Texas RioGrande Legal Aid
   1206 E. Van Buren Street
   Brownsville, Texas 78520
   *Plaintiff*

2. Texas RioGrande Legal Aid
   1206 E. Van Buren Street
   Brownsville, Texas 78520
   *Attorneys of Record for Plaintiffs*

3. Kenneth P. Hartley
   4615 S. Bridge Avenue
   Weslaco, Texas 78596
   *Defendant*

4. Kevin P. Hartley
   4615 S. Bridge Avenue
   Weslaco, Texas 78596
   *Defendant*

5. B & H Farms, LLC

      4615 S. Bridge Avenue
Weslaco, Texas 78596
*Defendant*

6. Hartley Produce, LLC
4615 S. Bridge Avenue
Weslaco, Texas 78596
*Defendant*

If Plaintiffs become aware of the existence of any other entity that has a financial interest in the outcome of this litigation, Plaintiffs will file an amended certificate.

Dated: November 28, 2022

          Respectfully submitted,

          **TEXAS RIOGRANDE LEGAL AID**

          */s/ A. Vail Kohnert-Yount*
A. Vail Kohnert-Yount
Texas Bar No. 24123305
S. Dist. No.: 3779012
Texas RioGrande Legal Aid, Inc.
1206 E. Van Buren St.
Brownsville, Texas 78520
Telephone: (956) 364-3801
Fax: (956) 591-8752
Email: akohnertyount@trla.org
ATTORNEY-IN-CHARGE FOR PLAINTIFF

Alan A. Dicker
Texas Bar No. 24131175
Texas RioGrande Legal Aid, Inc.
1331 Texas Avenue
El Paso, Texas 79901
Telephone: (915) 585-5114
Fax: (956) 591-8752
Email: adicker@trla.org
(*Pro hac vice* motion forthcoming)

Lakshmi Ramakrishnan
Texas Bar. No. 24037324
S. Dist. No.: 33872
Texas RioGrande Legal Aid, Inc.
300 South Texas Blvd.

Weslaco, Texas 78596  
Telephone: (956) 447-4850  
Fax: (956) 591-8752  
Email: lramakrishnan@trla.org

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November, 2022 a true and correct copy of the foregoing document was served on Defendants via personal service:

Kenneth P. Hartley
4615 S. Bridge Avenue
Weslaco, Texas 78596

Kevin P. Hartley
4615 S. Bridge Avenue
Weslaco, Texas 78596

B & H Farms, LLC
4615 S. Bridge Avenue
Weslaco, Texas 78596

Hartley Produce, LLC
4615 S. Bridge Avenue
Weslaco, Texas 78596

/s/ A. Vail Kohnert-Yount  
A. Vail Kohnert-Yount