| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | |
|---|---|---|---|

Javier Segovia Mendiola

*versus*

Kenneth P. Hartley; Kevin P. Hartley; Hartley Produce, LLC; and B & H Farms, LLC

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alan A. Dicker<br>Texas RioGrande Legal Aid, Inc.<br>1331 Texas Avenue<br>El Paso, Texas 79901<br>(915) 585-5114<br>adicker@trla.org<br>Texas Bar No. 24131175 |
|---|---|

| Name of party applicant seeks to appear for: | Javier Segovia Mendiola |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __    No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/21/2022 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

Dated:                Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                        United States District Judge