**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **JAVIER SEGOVIA MENDIOLA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:22-cv-00401** |
| | § | |
| **KENNETH P. HARTLEY and KEVIN** | § | |
| **P. HARTLEY, HARTLEY** | § | |
| **PRODUCE, LLC, and B & H FARMS,** | § | |
| **LLC** | § | |
| | § | |
| **Defendants.** | § | |

**ATTORNEY A. VAIL KOHNERT-YOUNT'S UNOPPOSED MOTION
TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Comes now attorney Vail Kohnert-Yount, and files this, her Motion to Withdraw as Counsel for Plaintiff, and respectfully shows the Court as follows:

As of February 24, 2023, the undersigned will be leaving her employment with Texas RioGrande Legal Aid, Inc., in order to work at an employer not engaged to represent Plaintiff.

For this reason, the undersigned respectfully requests that she be permitted to withdraw as counsel of record for Plaintiff. Plaintiff will continue to be represented by Texas RioGrande Legal Aid, Inc., and attorneys Lakshmi Ramakrishnan and Alan Dicker. Alan Dicker will be designated as attorney-in-charge for Plaintiff. Plaintiff is aware of this motion and the change in circumstances that necessitate the withdrawal of counsel, and he does not have any agreement with the undersigned to continue representation.

This Motion is not made for the purpose of delay or for any other dilatory reason, but is filed so that the interests of justice may be served.

Defendants' counsel does not oppose this motion.

WHEREFORE, premises considered, attorney Vail Kohnert-Yount respectfully requests that the Court grant this Motion and allow the undersigned to withdraw as counsel of record for Plaintiff.

Dated: February 24, 2023

Respectfully submitted,

**TEXAS RIOGRANDE LEGAL AID**

*/s/ A. Vail Kohnert-Yount*
A. Vail Kohnert-Yount
Texas Bar No. 24123305
S. Dist. No.: 3779012
Texas RioGrande Legal Aid, Inc.
1206 E. Van Buren St.
Brownsville, Texas 78520
Telephone: (956) 364-3801
Fax: (956) 591-8752
Email: akohnertyount@trla.org
ATTORNEY-IN-CHARGE FOR PLAINTIFF

Alan A. Dicker
Texas Bar No. 24131175
Texas RioGrande Legal Aid, Inc.
1331 Texas Avenue
El Paso, Texas 79901
Telephone: (915) 585-5114
Fax: (956) 591-8752
Email: adicker@trla.org
Admitted *pro hac vice*

Lakshmi Ramakrishnan
Texas Bar. No. 24037324
S. Dist. No.: 33872
Texas RioGrande Legal Aid, Inc.
300 South Texas Blvd.
Weslaco, Texas 78596
Telephone: (956) 447-4850
Fax: (956) 591-8752
Email: lramakrishnan@trla.org

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on counsel for Defendants

in this matter by filing the same with the court's electronic filing system on February 24, 2023.

/s/ A. Vail Kohnert-Yount
A. Vail Kohnert-Yount

## CERTIFICATE OF CONFERENCE

I hereby certify that I asked counsel for Defendants if it would oppose this motion and

was told that Defendants are unopposed.

/s/ A. Vail Kohnert-Yount
A. Vail Kohnert-Yount